PAMELA E. COGAN (SBN 105089)
ROBERT M. FORNI (SBN 180841)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone:    (650) 364-8200
Facsimile:    (650) 780-1701
Email:        pamela.cogan@rmkb.com, robert.forni@rmkb.com

Attorneys for Defendant,
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

TONY ARJO
LAW OFFICES OF TONY ARJO
1440 Broadway, Suite 1019
Oakland, CA 94612
Telephone:    (510) 451-2334
Email:        tarj@sbcglobal.net

Attorneys for Plaintiff,
LOVIE PULLEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOVIE PULLEN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, DOES 1-10,<br><br>　　　　　Defendants. | CASE NO. C-15-01268 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between Plaintiff, LOVIE PULLEN, and Defendant, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, by and through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice as to all parties and claims, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own fees and costs.

//

All signatories to this Stipulation, and on whose behalf the filing is submitted, concur with the Stipulation's content and authorize its filing.

Dated: May 7, 2015    ROPERS, MAJESKI, KOHN & BENTLEY

By: */s/ Robert M. Forni, Jr.*
    PAMELA E. COGAN
    ROBERT M. FORNI, JR.
    Attorneys for Defendant
    LIBERTY LIFE ASSURANCE
    COMPANY OF BOSTON

Dated: May 7, 2015    LAWS OFFICES OF TONY ARJO

By: */s/ Tony Arjo*
    TONY ARJO
    Attorneys for Plaintiff
    LOVIE PULLEN

### ORDER

**IT IS HEREBY ORDERED** that, pursuant to the parties' stipulation and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action shall be, and hereby is dismissed in its entirety with prejudice as to all parties and claims. Each party shall bear its own fees and costs.

Dated: MAY 8, 2015

Hon. Maria-Elena James
United States District Judge